IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REWARDS NETWORK ESTABLISHMENT SERVICES INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 12 cv 2544 |
| v. ) ) | Judge Sharon Johnson Coleman |
| PANNA, INC., a New York corporation, ZANZIBAR LLC, a New York limited liability company, and EMILIO BARLETTA, ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS OR TRANSFER**

Defendants Panna, Inc., Zanzibar LLC, and Emilio Barletta (collectively, "Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) and 28 U.S.C. §1401(a), and by and through Valorem Law Group LLC, respectfully submit this Motion to Dismiss or Transfer. In support of the motion, Defendants have filed a memorandum of law and the Declaration of Defendant Emilio Barletta, attached as Exhibit A to the memorandum of law.

Defendants respectfully this Court to either (1) dismiss Plaintiff's Complaint without prejudice for lack of personal jurisdiction and lack of venue; or in the alternative, and to avoid the constitutional question of personal jurisdiction, (2) transfer the case under the federal transfer statute to the United States District Court for the Southern District of New York.

Dated: June 26, 2012          EMILIO BARLETTA
                              PANNA INC.
                              ZANZIBAR, LLC

                              By:   /s/ Stuart J. Chanen
                                    One of Their Attorneys

Stuart J. Chanen
VALOREM LAW GROUP LLC
35 East Wacker Drive, Suite 3000
Chicago, IL 60601
(312) 676-5480 (Telephone)
(312) 676-5499 (Facsimile)
Stuart.Chanen@valoremlaw.com

## **CERTIFICATE OF SERVICE**

    I, Stuart Chanen, an attorney, certify a copy of this brief was filed electronically on June 26, 2012. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            Respectfully submitted,

                                            /s/ Stuart J. Chanen