IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REWARDS NETWORK ESTABLISHMENT SERVICES INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 12-cv-2544 |
| vs. | ) ) ) | |
| PANNA, INC., a New York corporation, ZANZIBAR LLC, a New York limited liability company, and EMILIO BARLETTA, | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on **Friday, April 26, 2013,** the undersigned caused to be filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, Plaintiff's Witness and Exhibit List for Evidentiary Hearing on the Authenticity of Emilio Barletta's Signature on the Agreements at Issue in this Case.

I certify that on April 26, 2013, I caused this Notice of Filing and document referred to herein, to be filed with the Court's ECF system, copies of which will be forwarded by the ECF system to all counsel of record.

                                                  Respectfully submitted,

                                                  REWARDS NETWORK ESTABLISHMENT
                                                  SERVICES INC.

                                                  By    /s/ Robin L. Wolkoff

Robin L. Wolkoff (ARDC #6204937)
Brian J. Wilson (ARDC #6294099)
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 224-1200
(312) 224-1201 (fax)