**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **REWARDS NETWORK ESTABLISHMENT** | ) | |
| **SERVICES INC., a Delaware corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 12-cv-2544** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **PANNA, INC., a New York corporation,** | ) | |
| **ZANZIBAR LLC, a New York limited** | ) | |
| **liability company, and EMILIO BARLETTA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Rewards Network Establishment Services, Inc. voluntarily dismisses this action without prejudice.

Dated:  April 26, 2013

By ____/s/ Robin L. Wolkoff_____

ATTORNEYS FOR PLAINTIFF

Robin L. Wolkoff (ARDC #6204937)
Brian J. Wilson (ARDC #6294099)
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, Illinois  60606
(312) 224-1200
(312) 224-1201  (fax)

## <u>CERTIFICATE OF SERVICE</u>

      I, Robin Wolkoff, an attorney, hereby certify that on April 26, 2013, I caused a copy of the foregoing Notice of Voluntary Dismissal Motion to be served upon counsel of record via filing said document with the Court's ECF system.


                                               /s/ Robin L. Wolkoff